# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

MITCHELL ALAN TITUS,      :    No. 193 MM 2018
                :
          Petitioner      :
                :
                :
         v.            :
                :
                :
PERRY COUNTY CCP,      :
                :
          Respondent     :

## ORDER

**PER CURIAM**

     **AND NOW**, this 14th day of February, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.